WR-56,666-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/18/2015 10:21:18 AM
Accepted 11/18/2015 12:54:04 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
### FOR THE STATE OF TEXAS
### AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
11/18/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-56,666-03** |
| | § | |
| **DENNIS LEE ALLEN** | § | |

## IN THE COURT OF CRIMINAL APPEALS
### FOR THE STATE OF TEXAS
### AUSTIN, TEXAS

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-82,467-01** |
| | § | |
| **STANLEY ORSON MOZEE** | § | |

### APPLICANT'S MOTION FOR TIME TO FILE
### OBJECTIONS TO TRIAL COURT'S FINDINGS ON REMAND

**TO THE HONORABLE PRESIDING JUDGE:**

**NOW COMES** STANLEY ORSON MOZEE and DENNIS LEE ALLEN, Applicants, and submits this Motion for Time to File Objections to Trial Court's Findings and would show the following:

I.

The State and Applicants previously agreed that the prosecutor in this case suppressed exculpatory evidence. The trial court also agreed and signed Findings of Fact and Conclusions of Law stating this. Subsequently, the Court of Criminal Appeals remanded the case to the trial court to receive testimony from the prosecutor involved. On October 26-27,

Applicants' Motion for Time to File Objections to Trial Court's Findings on Remand - Page 1

2015, the trial court held this hearing and the prosecutor involved presented 5 and one half hours of testimony on this question.

## II.

On November 10, 2015, the trial court entered Findings of Fact on Remand finding that the prosecutor "turned over the jailhouse letters to defense counsel." These findings were entered prior to the reporter's record of the hearing being transcribed and made available to the parties or the trial court. Moreover, the reporter's record of the writ hearing, and particularly a review of the prosecutor's testimony at that hearing, clearly show that the trial court's "Findings of Fact on Remand" are not supported by the record and are, in fact, directly contrary to the record.

## III.

Under T. R. App. P. 73.4(b)(2), a party has "ten days from the date he receives the findings to file objections." Applicants intend to file objections to these findings. However, in order to file complete objections, Applicants need the reporters record of the writ hearing. For this reason, Applicants request that the Court allow Applicants to file objections ten days from when they receive the reporters record of the writ hearing.

WHEREFORE, PREMISES CONSIDERED, Applicants pray that this motion be granted.

Respectfully submitted,


   /s/ Gary A. Udashen
GARY A. UDASHEN
Bar Card No. 20369590
SORRELS, UDASHEN & ANTON

2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax
Appearing on Behalf of the
Innocence Project of Texas

*Counsel for Dennis Lee Allen*


      /s/ Nina Morrison
NINA MORRISON
INNOCENCE PROJECT, INC.
40 Worth Street, Suite 701
New York, New York   10013
212-364-5340
212-264-5341 fax

      /s/ Ezekiel Tyson, Jr.
EZEKIEL TYSON, JR.
Bar Card No. 24034715
THE TYSON LAW FIRM
342 W. Montana Avenue
Dallas, Texas  75224
214-942-9000
214-942-9001 fax

*Counsel for Stanley Orson Mozee*


## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2015, a true and correct copy of the above and foregoing Applicants' Motion for Time to File Objections to Trial Court's Findings on Remand was mailed to the Harris County District Attorney's Office, 1201 Franklin Street, Suite 600, Houston, Texas 77002.

      /s/ Gary A. Udashen
GARY A. UDASHEN